IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES BAUSEY**
**ADC #357214 and**
**JESSE BREWER**                                                                        **PLAINTIFFS**

**v.**                                    **Case No. 3:14-cv-00293-KGB-JTK**

**CHANCEY SIMMONS, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses this case.

The Court denies the relief sought.  The Court certifies that an *in forma pauperis* appeal from

this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C.

§ 1915(a)(3).

SO ADJUDGED this 14th day of May, 2015.


_____
Kristine G. Baker
United States District Judge